IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL C. DONOVAN,

      Petitioner,

v.

      Case No.  5D22-715
      LT Case No. 2007-MH-019713-X

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 14, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and Michael
Mario Pirolo, Chief Assistant Public Defender,
Viera, for Petitioner.

Ashley Moody, Attorney General, Tallahassee,
and, Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for
Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

April 9, 2021 "Order Finding Probable Cause Does Not Exist to Believe

That the Respondent's Condition Has So Changed That It Is Safe for Him to Be At Large" filed in Case 2007-MH-019713-X, Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EDWARDS and TRAVER, JJ., concur.